UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVIE T. STEVERSON,

    Petitioner,

-vs-                                        Case No. 6:11-cv-464-Orl-19DAB

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Request for a Certificate of Appealability (Doc. No. 16, filed October 3, 2011) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

    **DONE AND ORDERED** in Orlando, Florida, this  9th   day of November, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 11/9
Counsel of Record
Stevie T. Steverson